UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | JUSTIN D. BROWN ) <br> SS#XXX-XX-4999 ) <br> STACY L. BROWN ) <br> SS#XXX-XX-8782 ) <br> ) <br> ) <br> Debtor(s) ) | CASE NO. 04-33373 ABC <br> CHAPTER 7 |

## ORDER

THE COURT, having considered the Motion for Extension of Time to File a Notice of Appeal and finding it to be with merit;

HEREBY grants the Debtors up to and including May 11, 2007 to file a Notice of Appeal for the Court's Order of April 26, 2007.

DONE IN CHAMBERS THIS __9th__ day of May 2007.

_____
BANKRUPTCY COURT JUDGE

Dockets.Justia.com