# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | | |
|---|---|---|---|
| IN RE: | JUSTIN D. BROWN<br>SS#XXX-XX-4999<br>STACY L. BROWN<br>SS#XXX-XX-8782 | )<br>)<br>)<br>)<br>)<br>) | CASE NO. 04-33373 ABC<br>CHAPTER 7 |
| | Debtor(s) | ) | |

## ORDER

THE COURT, having considered the Motion for Extension of Time to File a Notice of Appeal and finding it to be with merit;

HEREBY grants the Debtors up to and including May 11, 2007 to file a Notice of Appeal for the Court's Order of April 26, 2007.

DONE IN CHAMBERS THIS __9th__ day of May 2007.

_____
BANKRUPTCY COURT JUDGE