IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-992-AP**

IN RE:

**JUSTIN D. BROWN and STACY L. BROWN,**

       Debtors.

**JUSTIN D. BROWN and
STACY L. BROWN**,

       Appellants,

v.

**LYNN HAHN-MARTINEZ, Chapter 7 Trustee,**

       Appellee.

## ORDER GRANTING LEAVE TO APPEAL

Kane, J.

      This matter is before the Court on Appellants' Motion for Leave to Appeal(doc. #1).

No answer in opposition having been filed, it is

      ORDERED that the motion is GRANTED.

      Dated this 29th day of May, 2007.

                     BY THE COURT:


                     *S/John L. Kane*
                     John L. Kane, Senior Judge
                     United States District Court

Dockets.Justia.com