IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-992-AP**

IN RE:

**JUSTIN D. BROWN and STACY L. BROWN,**

    Debtors.

**JUSTIN D. BROWN and
STACY L. BROWN**,

    Appellants,

v.

**LYNN HAHN-MARTINEZ, Chapter 7 Trustee,**

    Appellee.

## ORDER GRANTING LEAVE TO APPEAL

Kane, J.

    This matter is before the Court on Appellants' Motion for Leave to Appeal(doc. #1).

No answer in opposition having been filed, it is

    ORDERED that the motion is GRANTED.

    Dated this 29th day of May, 2007.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        John L. Kane, Senior Judge
                                        United States District Court